Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUANITA NUNN, | No. EDCV 07-1326 RZ |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, ~~as Plaintiff's assignee,~~ shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount ONE THOUSAND EIGHT HUNDRED THIRTY SEVEN DOLLARS and 40/cents ($1,837.40), as authorized by 28 U.S.C. §2412(d).~~, subject to the terms of the above-referenced Stipulation.~~

DATED September 12, 2008

*/s/ Ralph Zarefsky*

HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-